**Arthur WILEY, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28495.**

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Violation of the liquor laws is the offense; the punishment, a fine of $300 and thirty days' confinement in jail.

The record before us contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Buford C. TEASDALE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28542.**

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

Earl Shelton, Austin, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the felony offense of driving while intoxicated; the punishment, a fine of $500.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.